Ruth Studer PECK, Elliot Peck and Margaret W. Stewart v. Bruce BRANT, No. 370-78

January 29, 1979. Defendant's Motion for Interlocutory Appeal is denied, as not timely filed here or in the trial court. Defendant's Motion for Stay is likewise denied.

Clifford and Harland DICKINSON v. Yvonne McCarthy DICKINSON, No. 10-79

January 29, 1979. Motion for Permission to Appeal is denied.

IN RE Carroll PERRY, No. 26-79

January 29, 1979. Pending argument on the merits, judgment is reserved upon appellant's motion for release pending appeal. The appeal is expedited pursuant to V.R.A.P. 2. Appellant is directed to file his printed case and brief by February 14, 1979. The State is directed to file its brief on or before the time scheduled for hearing on February 21, 1979, at 9:30 a.m.